Neil A. Goteiner (State Bar No. 83524)
Andrew W. Ingersoll (State Bar No. 221348)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
ANDREW W. INGERSOLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW W. INGERSOLL,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION CORPORATION, et al.,<br><br>Defendants. | Case No. 04-4986 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Whereas Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), on June 3rd, 2005, reached a final and binding settlement of all claims alleged in, or which could have been asserted in, the above-captioned action,

IT IS HEREBY STIPULATED by and between Plaintiff and Experian, by and through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims against Experian in the above-captioned action be, and hereby are, dismissed in their entirety, with prejudice. Nothing in this stipulation and order will affect the claims still pending against defendants Equifax Information Services, LLC and Trans Union Corporation.

Each party is to bear its own attorneys' fees and costs in accordance with the Settlement Agreement.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE AS TO
EXPERIAN - 04-4986

19369\809452.1

| | | |
|---|---|---|
| DATED: July 11, 2005 | | FARELLA BRAUN & MARTEL LLP |

By: /s/_____
    Andrew W. Ingersoll

Attorneys for Plaintiff
ANDREW W. INGERSOLL

DATED: June 11, 2005            JONES DAY

By: _____
    Rafik Mattar

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: _____       _____
    UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Susan Illston, United States District Court, Northern District of California]

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE AS TO    - 2 -    19369\809452.1
EXPERIAN -04-4986

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

DATED: July 11, 2005

FARELLA BRAUN & MARTEL LLP

By: /s/
Andrew W. Ingersoll

Attorneys for Plaintiff
ANDREW W. INGERSOLL

DATED: June 11, 2005

JONES DAY

By:
Rafik Mattar

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN -04-4986

- 2 -

19369\809452.1