Neil A. Goteiner (State Bar No. 83524)
Andrew W. Ingersoll (State Bar No. 221348)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
ANDREW W. INGERSOLL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW W. INGERSOLL,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION CORPORATION, et al.,<br><br>Defendants. | Case No. 04-4986 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Whereas Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a final and binding settlement of all claims alleged in, or which could have been asserted in, the above-captioned action,

IT IS HEREBY STIPULATED by and between Plaintiff and Equifax, by and through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims against Equifax in the above-captioned action be, and hereby are, dismissed in their entirety, with prejudice. Nothing in this stipulation and order will affect the claims still pending against defendant Trans Union Corporation.

/ / /

/ / /

/ / /

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE AS TO
EQUIFAX                             04-4986

19369\818026.1

| | | |
|---|---|---|
| 1 | DATED: August 8, 2005 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Andrew W. Ingersoll |
| 5 | | Attorneys for Plaintiff ANDREW W. INGERSOLL |
| 6 | DATED: August 2nd, 2005 | Kilpatrick Stockton |
| 7 | | |
| 8 | | By: [signature] |
| 9 | | Amy Greenstein |
| 10 | | Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC |

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Susan Illston]

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX -04-4986

- 2 -

19369\818026.1