Neil A. Goteiner (State Bar No. 83524)
Andrew W. Ingersoll (State Bar No. 221348)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
ANDREW W. INGERSOLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW W. INGERSOLL, <br><br>   Plaintiff, <br><br> vs. <br><br> TRANS UNION CORPORATION, et al., <br><br>   Defendants. | Case No. 04-4986 SI <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION CORPORATION** |

    Whereas Plaintiff and Defendant Trans Union Corporation ("Trans Union") have reached a final and binding settlement of all claims alleged in, or which could have been asserted in, the above-captioned action,

    IT IS HEREBY STIPULATED by and between Plaintiff and Trans Union, by and through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims against Trans Union in the above-captioned action be, and hereby are, dismissed in their entirety, with prejudice.

///

///

///

///

Each party is to bear its own attorneys' fees and costs in accordance with the Settlement Agreement.

IT IS SO STIPULATED.

DATED: October __, 2005                FARELLA BRAUN & MARTEL LLP


By: /s/
    Andrew W. Ingersoll

Attorneys for Plaintiff
ANDREW W. INGERSOLL


DATED: October 27, 2005                CROWELL & MORING LLP


By: _____
    Donald Bradley

Attorneys for Defendant
TRANS UNION CORPORATION

### ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: _____              _____
                                                  UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE AS TO         - 2 -                    19369\824013.1
TRANS UNION                    04-4986